UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHON SPRADLING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  Case No. 4:11CV01970AGF |
| | ) |
| MATTHEW VEGOVISCH, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon representation of counsel that this case has settled,

**IT IS HEREBY ORDERED** that the parties shall file, on or before **February 24, 2012**, dismissal papers dismissing the case. Failure to comply may result in the dismissal of the case by the Court.

**IT IS FURTHER ORDERED** that all outstanding motions are dismissed without prejudice.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 24th day of January, 2012.